No. 01–10124. DESHIELDS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10152. COE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10157. WRIGHT *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 01–10161. OWENS, AKA HARPER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10168. JORDAN *v.* HAWK SAWYER, DIRECTOR, FEDERAL BUREAU OF PRISONS. C. A. 10th Cir. Certiorari denied.

No. 01–10172. CARTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10173. JOINER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–10174. STERLING *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10176. MOODY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10182. THOMAS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–10183. ZUNIGA-SOLIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10185. ALVAREZ-BECERRA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–10187. VASQUEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–10194. TOPETE-HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10197. HALL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.